**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2037<br>NEWARK, NJ 07101<br>973-297-4887 |

July 20, 2011

**LETTER ORDER**

    Re:    **Walton v. Meyers, et al.**
              **Civil Action No. 10-5568 (ES)**

Dear Counsel:

    Please be advised that the Undersigned has scheduled a telephonic conference for **September 16, 2011 at 10:30 A.M.** Defense counsel shall initiate the call with the Court. If you have any questions, please call chambers at (973) 297-4887.

    **SO ORDERED.**

                              *s/Esther Salas*
                              **Esther Salas, U.S.D.J**